**Order entered February 4, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00012-CV

### GEORGE BRYAN, Appellant

### V.

### WILLIAM BECKER INDIVIDUALLY AND AS TRUSTEE OF THE WILLIAM E. BECKER FAMILY TRUST AND SCOPE AUTOMOTIVE, L.L.C., Appellees

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08362**

### ORDER

Before the Court is appellant's February 1, 2021 unopposed motion for an extension of time to file his brief on the merits. Appellant explains in his motion that the parties will attempt to settle their dispute in a mediation scheduled for February 19, 2021. We **GRANT** the motion. Appellant shall file either his brief on the merits, a status report, or a motion to dismiss the appeal on or before **March 22, 2021**.

/s/  CRAIG SMITH
JUSTICE